Cheryl Ruth
Plaintiff

v.

E.E.O.C. (Pittsburgh Area Office)
1000 Liberty Ave, Suite 1112,
Pittsburgh, PA
15222

FILED
JAN 28 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

5:19-cv-10
Bailey

Ohio Co.
Board of
Education
2203 National Rd
Wheeling, W.V. 26003
OCBE Employees
2203 National Rd.
Wheeling, W.V. 26003

It is my well thought opinion that the Federal Court for the Northern District of legal decisions and judgments concerning filing a racial discrimination Employment Civil Rights (442) complaint due to the fact that the EEOC (Pitt. Area Office) falls under the legal jurisdiction of the Northern District of West Virginia.

During my years of employment with OCBE (mainly 01/2010 - 05/2017) I was subjected to an enormous amount of harassment, intimidation, aggressive and violent behavior from employees concerning racial issues due to the fact

that my late husband, Darryl Ruth was African American heritage and we have a bi-racial daughter.

My damages involve a loss of income later by a decrease in income, loss of health, dental and vision insurance plan, emotional pain and suffering and loss of my pension

Cheryl Ruth 01/28/20

cc: Patrick Caside, Attorney