## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING

**CHERYL RUTH,**

       Plaintiff,

v.

                                 **CIVIL ACTION NO. 5:19-CV-10**
                                 **(BAILEY)**

**E.E.O.C. Pittsburgh Area Office;**
**OHIO COUNTY BOARD OF EDUCTION;**
**O.C.B.E. Employee Union,**

       Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the Report and Recommendation of United States Magistrate Judge James P. Mazzone [Doc. 14]. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Mazzone for submission of a proposed report and a recommendation ("R&R"). Magistrate Judge Mazzone filed his R&R on October 24, 2019, wherein he recommends the plaintiff's Complaint be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140,

1

150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Mazzone's R&R were due within fourteen (14) days of receipt, pursuant to 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). The docket indicates the plaintiff accepted service on October 28, 2019 [Doc. 15]. No objections have been filed and the time within which to do so has since expired. Accordingly, the R&R will be reviewed for clear error.

Upon careful review of the above, it is the opinion of this Court that the **Report and Recommendation [Doc. 14]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report. Accordingly, the plaintiff's Amended Complaint **[Doc. 11]** is **DISMISSED WITHOUT PREJUDICE**. The plaintiff's Motion for Leave to Proceed IFP **[Doc. 2]** is **DENIED AS MOOT**. The Clerk is **DIRECTED** to enter judgment in favor of the defendants and to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** November 18, 2019.

                                                  JOHN PRESTON BAILEY
                                                  UNITED STATES DISTRICT JUDGE